FILED

JUN 1 2 2008

CLERK  DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MB  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Criminal Case No. 08CR1939-JAH
                                    )
            Plaintiff,              )   I N F O R M A T I O N
                                    )
      v.                            )   Title 8, U.S.C.,
                                    )   Sec. 1324(a)(1)(A)(i) and (v)(II)
RIGOBERTO GOMEZ-ROMO,               )   - Bringing in Illegal Aliens and
                                    )   Aiding and Abetting
            Defendant.              )
_____)

The United States Attorney charges:

On or about May 27, 2008, within the Southern District of California, defendant RIGOBERTO GOMEZ-ROMO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Guadalupe Duarte-Ramirez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

*signature*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego

